IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 MAR 18 P 3: 19

Jeffrey C. Seighman, )
)
      Plaintiff, )
)
v. )  Civil Action No. 0:08-3789
)
Michael J. Astrue, Commissioner )
of Social Security Administration, )  **ORDER**
)
      Defendant. )
)

This matter is before the Court upon Plaintiff's counsel's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In his motion, Plaintiff's counsel seeks $5,954.98 in fees and $23.00 in costs.

On March 18, 2010, the parties filed a joint motion and stipulation for the payment of attorney's fees in the amount of $5,500.00. The filing indicates that it "constitutes a compromise settlement of Plaintiff's claim for EAJA fees and does not constitute an admission of liability on the part of the Defendant under the EAJA." (Entry 33 at 1.)

After review, the Court approves the parties' joint stipulation and grants their joint motion for the payment of EAJA fees in the amount of $5,500.00. (Entry 33). Having approved the parties' joint stipulation and motion, the Court finds Plaintiff's counsel's motion (Entry 32) to be moot.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

March 18, 2010
Charleston, South Carolina